1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY SCOTT, JR.,<br><br>                    Petitioner,<br><br>          v.<br><br>DAVE DAVEY, Warden,<br><br>                    Respondent. | Case No. ED CV 15-00879 RGK(AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's Request for an Evidentiary Hearing is denied; and (3) Judgment shall be entered dismissing the action with prejudice.

DATED:  January 08, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE