**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RAY SCOTT, JR., | Case No. ED CV 15-00879 RGK (AFM) |
|                    Petitioner, | **JUDGMENT** |
|    v. | |
| DAVE DAVEY, Warden, | |
|                  Respondent. | |

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 08, 2016

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE